IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PALAXAR GROUP, LLC;
a Virginia Limited Liability Company;
PALAXAR HOLDINGS, LLC;
a Virginia Limited Liability Company,

   Plaintiffs,

v.                                 Case No. 3:13-CV-641-JRS

SHANE WILLIAMS, et al.,

   Defendants.

## PLAINTIFFS' MOTION TO STRIKE FRANK AMODEO'S MOTION TO APPOINT A GUARDIAN AD LITEM OR PROCHIEM AMI TO REPRESENT FRANK L. AMODEO AS SUCCESSOR-IN-INTEREST TO AQMI STRATEGY CORPORATION. [ECF 144]

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Plaintiffs Palaxar Holdings, LLC and Palaxar Group, LLC (hereinafter collectively "Palaxar") respectfully request that the Court strike from the record Frank Amodeo's *Motion to Appoint a Guardian Ad Litem or Prochiem Ami to Represent Frank L. Amodeo as Successor-in-interest to AQMI Strategy Corporation.* [ECF 144]. Mr. Amodeo is a non-party, and the relief sought is not relevant nor material to the matters before this Court.

For the reasons set forth in this *Motion* and accompanying *Memorandum of Law*, Palaxar respectfully requests that the Court grant the relief sought.

                                                                PALAXAR GROUP, LLC
                                                                 PALAXAR HOLDINGS, LLC

                                                                  _____/S/_____

Richard J. Knapp, Esq. VSB No. 15834
Richard J. Knapp, P.C.
2800 Patterson Avenue, Suite 101
Richmond, VA 23221
804-377-8848 - Phone
804-377-8851 - Fax
Richard@RKnappesq.com

Darren Marshall Hart, Esq. VSB No. 36794
Hart & Assoc., P.C.
9025 Forrest Hill Avenue, 1st Floor
Richmond, VA 23221
804-673-9339 - Phone
804-673-9969 - Fax
Info@Richmond-Law.com


**CERTIFICATE OF SERVICE**

On April 29, 2014, a copy of the foregoing pleading was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record:

Michael W. Smith
msmith@cblaw.com
David Brendan Lacy
dlacy@cblaw.com

Christian & Barton LLP
909 E. Main Street, Suite 1200
Richmond, VA 23219
Counsel for the Balch Defendants

Michael E. Lacy
michael.lacy@troutmansanders.com
Massie P. Cooper
massie.cooper@troutmansanders.com
Troutman Sanders LLP
1001 Haxall Point
Richmond, Virginia 23218-1122
Counsel for Latham Shuker, Eden & Beaudine, LLP, and Scott Shuker

Robert Thomas Hicks
robert.hicks@hklaw.com
Holland & Knight LLP
1600 Tysons Blvd.
Suite 700
McLean, VA 22102
Counsel for Robert W. Cuthill, Jr.

John Ryan Owen
jowen@hccw.com
Julie Smith Palmer
jpalmer@hccw.com
Harman Claytor Corrigan & Wellman
4951 Lake Brook Dr., Suite 100
Glen Allen, VA 23059

Isaac Jaime Mitrani
imitrani@mitrani.com
Loren Harley Cohen
Mitrani Rynor Adamsky & Toland PA
301 Arthur Godfrey Road
Penthouse
Miami Beach, FL 33140
Counsel for the Broad Defendants

Dennis Joseph Whelan, III
djw@djwlegal.com
Dennis J. Whelan, PC
2222 Monument Avenue
Richmond, VA 23220
Counsel for the Maher Defendants and
Harrison T. Slaughter, Jr., Esq.

Robert M. Tyler
rtyler@spottsfain.com
Patricia Bugg Turner
pturner@spottsfain.com
Spotts Fain PC
411 East Franklin Street, Suite 600
P.O. Box 1555
Richmond, VA 23218
Counsel for Robert O'Malley

NEXIA Strategy Corporation
Wingate.grant@doj.gov
c/o G. Wingate Grant, Asst. U.S. Attorney
600 East Main Street, Suite 1800
Richmond, VA 32801

AQMI Strategy Corporation
Wingate.grant@doj.gov
c/o G. Wingate Grant, Asst. U.S. Attorney
600 East Main Street, Suite 1800
Richmond, VA 32801

In addition, on April 29, 2014, copies of the foregoing will be sent via U.S. Mail, postage prepaid, to the following non-ECF Defendants:

Shane Williams
1562 Hanks Avenue
Orlando, FL 32814-6704

Jodi Donaldson Jaiman
533 Tuten Trail
Orlando, FL 32828-8364

Jay Stollenwerk
5009 Pelleport Avenue
Belle Isle, FL 32812-1124

Frank L. Amodeo
48883-018
B-3
FCC-Low
P.O. Box 1031
Coleman, FL 33521-1031

Scott M. Goldberg
7773 Sugar Bend Drive
Orlando, FL 32819-7278

_____/S/_____
Richard J. Knapp, Esq., Counsel for Plaintiffs