# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 5/7/14

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Palaxar Group. et al. v. Shane Williams, et al. | CASE NO: 313 CV641 |
| | JUDGE: Spencer |
| | COURT REPORTER: Kell |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ✓ ) MOTION HEARING ( ) OTHER: _____

APPEARANCES: Parties by ( ) with ( ) counsel   Pro Se ( )   Motions to Dismiss, Motion to Transfer

MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  Court ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Motions taken Under Advisement

Counsel for Plaintiff(s) Richard Knapp, Esq.   Darren Hart, Esq.

Counsel for defendants) Dennis Whelan III, Kenton Sands, Michael Smith, David Lacey, Michael Lacey, Maggie Cooper, John Owen, Loren Cohen, Robert Tyler, Patricia Turner + Robert Hicks

SET: 10:00   BEGAN: 10:00   ENDED: 1:00   Time in Court: 2:38

RECESSES: 11:23 - 11:33
12:45 - 12:57